FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEC 11 2000

CLERK

Alexander Ruiz )
APPLICANT, )
v. ) No. CIV-00-1517 BB/KBM
)
JOE WILLIAMS, Warden, et al., )
RESPONDENT. )

NOTICE OF APPEAL

NOW COMES the Applicant, Alexander Ruiz, and respectfully gives notice that the Applicant hereby appeals the Final Order of Dismissal of the District Court Judge, Bruce Black Filed, Nov. 27, 2000, which dismissed Applicant's claim under 28 U.S.C. §2241 with prejudice, and Applicant's claims of unconstitutional conditions of confinement without prejudice, and denied all pending motions as moot. Applicant appeals each and every part of said dismissal. (See Dismissal Attached hereto).

RESPECTFULLY SUBMITTED

Alexander Ruiz

DATED: December 04, 2000.

CERTIFICATE OF MAILING

STATE OF NEW MEXICO )
) ss:
COUNTY OF LEA )

I HEREBY CERTIFY a copy of the NOTICE OF APPEAL

was mailed by deposit into the L.C.C.F. mailbox this 04 day of December 2000 to:

United States District Court
District of New Mexico
Office of the Clerk
Suite 270
333 Lomas Blvd., N.W.
Albuquerque, New Mexico 87102

Ms. Patricia Madrid
Attorney GEneral of New Mexico
P.O. Drawer 1508
Santa FE, New Mexico 87504-1508

United States Court of Appeals
Tenth Circuit
Office of the Clerk
Byron White UNited States Courthouse
1823 Stout Street
Denver, Colorado 80257

Alexander Perez
Petitioner

SUBSCRIBED AND SWORN to this 4 day of December, 2000.

Sandra G. Miller
Notary Public
My Commission Expires: